Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>COLONIAL OAKS MOBILE HOME PARK, LLC,<br><br>Debtor. | Case No. 18-33183-tmb11<br><br>ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES |

A hearing was held on October 15, 2018, to consider the Motion for Order Determining Adequate Assurance of Payment to Utility Companies [ECF Dkt #31] filed by Colonial Oaks Mobile Home Park, LLC (the "Debtor"), as debtor in possession. Based on the entire record of this case, it is ORDERED that:

1. The payment of a cash deposit in an amount equal to the total amount billed by a utility company for the last full service period immediately preceding one month, to any utility that requests, in writing, assurance of payment as a condition of providing post-petition services to the Debtor constitutes "adequate assurance of payment" within the meaning of section

Page 1 of 2 – ORDER DETERMINING ADEQUATE ASSURANCE OF UTILITY PAYMENTS
{00202691:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 18-33183-tmb11    Doc 48    Filed 10/16/18

366(c)(2) of the Bankruptcy Code. Except as otherwise ordered by this Court or as otherwise agreed by the Debtor, the payment of the amounts listed in the attached **Exhibit 1** shall, in each case, satisfy the requirements of section 366 of the Bankruptcy Code.

    2.      The utility service providers listed on Exhibit 1 are hereby prohibited from altering, refusing, or discontinuing utility services to the Debtor without further Court order after notice and opportunity for hearing being afforded to the Debtor.

    3.      This Order is without prejudice to the right of any utility service provider to seek additional or alternative assurance of payment upon further request of this Court.

    4.      The Debtor is authorized to take all actions necessary to effectuate the relief granted by this Order.

    5.      The requirements of Bankruptcy Rule 6003(b) are satisfied to the extent they apply to the relief granted by this Order.

    6.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective immediately upon its entry.

    7.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0508
E-mail: nhenderson@portlaw.com
Of Proposed Attorneys for Debtor

Page 2 of 2 – ORDER DETERMINING ADEQUATE ASSURANCE OF UTILITY PAYMENTS
{00202691:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 18-33183-tmb11    Doc 48    Filed 10/16/18

In re: Colonial Oaks Mobile Home Park, LLC
Case No. 18-33183-tmb11

**EXHIBIT 1**
**DEPOSIT AMOUNTS FOR UTILITY COMPANIES**

| Name of Utility Company | Address | Account No. | Type of Service Provided | Total Amount Paid During Last 12 Months | Proposed Deposit |
|---|---|---|---|---|---|
| City of Independence | 555 South Main St. Independence, OR 97351 | 51-1147.01 | Water & Sewer | $40,514.14 | $3,376.51 |
| Brandt's Sanitary | 158 S. Pacific Ave. Monmouth, OR 97361 | 1797577 | Garbage | $12,304.16 | $1,016.94 |

{00202691:2}