Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Colonia Oaks Mobile Home Park, LLC<br><br>Debtor. | Case No. 18-33183-tmb11<br><br>**ORDER SETTING DEADLINES TO (i) FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, (ii) FILE AMENDED SCHEDULES, (iii) FILE APPLICATION TO EMPLOY PROPERTY MANAGER, AND (iv) FILE TAX RETURNS** |

Following a hearing on October 17, 2018, the Court, having reviewed the file and considered the representations of the parties; now, therefore,

**IT IS HEREBY ORDERED** that:

1. The deadline for the debtor to file a Disclosure Statement and Plan of Reorganization is January 10, 2019;

2. The debtor shall file with the Court:

   a. All appropriate amendments to its bankruptcy documents, including schedules by October 26, 2018; and

**Page 1 - ORDER SETTING DEADLINES TO (i) FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, (ii) FILE AMENDED SCHEDULES, (iii) FILE APPLICATION TO EMPLOY PROPERTY MANAGER, AND (iv) FILE TAX RETURNS**

      b. An application to employ a property manager by October 24, 2018; and

    3. The debtor shall file all required tax returns for tax year 2017 with the appropriate government agencies by November 30, 2018.

###

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18


/s/ Carla Gowen McClurg
Carla Gowen McClurg, OSB# 165144
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7659
carla.mcclurg@usdoj.gov

Copies to:

Colonial Oaks Mobile Home Park, LLC
PO Box 389
Clackamas, OR 97015

**Page 2 - ORDER SETTING DEADLINES TO (i) FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, (ii) FILE AMENDED SCHEDULES, (iii) FILE APPLICATION TO EMPLOY PROPERTY MANAGER, AND (iv) FILE TAX RETURNS**