```
                           United States Bankruptcy Court
                                  District of Oregon
In re:                                                             Case No. 18-33183-tmb
Colonial Oaks Mobile Home Park, LLC                                Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.            Page 1 of 1             Date Rcvd: Oct 18, 2018
                              Form ID: pdf018         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.
db            +Colonial Oaks Mobile Home Park, LLC,    PO Box 389,    Clackamas, OR 97015-0389

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re<br><br>Colonia Oaks Mobile Home Park, LLC<br><br>Debtor. | Case No. 18-33183-tmb11<br><br>**ORDER SETTING DEADLINES TO (i) FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, (ii) FILE AMENDED SCHEDULES, (iii) FILE APPLICATION TO EMPLOY PROPERTY MANAGER, AND (iv) FILE TAX RETURNS** |

Following a hearing on October 17, 2018, the Court, having reviewed the file and considered the representations of the parties; now, therefore,

**IT IS HEREBY ORDERED** that:

1. The deadline for the debtor to file a Disclosure Statement and Plan of Reorganization is January 10, 2019;

2. The debtor shall file with the Court:

   a. All appropriate amendments to its bankruptcy documents, including schedules by October 26, 2018; and

**Page 1 - ORDER SETTING DEADLINES TO (i) FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, (ii) FILE AMENDED SCHEDULES, (iii) FILE APPLICATION TO EMPLOY PROPERTY MANAGER, AND (iv) FILE TAX RETURNS**

      b.    An application to employ a property manager by October 24, 2018; and

    3.    The debtor shall file all required tax returns for tax year 2017 with the appropriate government agencies by November 30, 2018.

###

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18


/s/ Carla Gowen McClurg
Carla Gowen McClurg, OSB# 165144
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7659
carla.mcclurg@usdoj.gov

Copies to:

Colonial Oaks Mobile Home Park, LLC
PO Box 389
Clackamas, OR 97015

**Page 2 - ORDER SETTING DEADLINES TO (i) FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, (ii) FILE AMENDED SCHEDULES, (iii) FILE APPLICATION TO EMPLOY PROPERTY MANAGER, AND (iv) FILE TAX RETURNS**

Case 18-33183-tmb11    Doc 55    Filed 10/20/18