Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>COLONIAL OAKS MOBILE HOME PARK, LLC<br><br>　　　　　　　　　　Debtor. | Case No. 18-33183-tmb11<br><br>ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY COUNSEL FOR DEBTOR<br>(MOTSCHENBACHER & BLATTNER, LLP) |

THIS MATTER having come before the Court on the application of Colonial Oaks Mobile Home Park, LLC, Debtor-in-Possession ("Debtor"), for an order authorizing him to employ Motschenbacher & Blattner, LLP as attorneys for Debtor; the Court having reviewed the motion and accompanying 2014 statement, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

Page 1 – ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY COUNSEL (Motschenbacher & Blattner)

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

IT IS HEREBY ORDERED as follows:

1) Debtor's Application to Employ Counsel is approved, and Debtor is authorized to employ the law firm of Motschenbacher & Blattner, LLP as of the Petition Date as Debtor's Chapter 11 counsel to represent Debtor in conducting the case; and

2) The Debtor shall pay said attorneys for their services, and shall reimburse expenses incurred by said attorneys, only upon the entry of an order of the Court approving such fees and expenses under 11 U.S.C § 330, and other applicable provisions of the Bankruptcy Code and Local Bankruptcy Rules.

# # #

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

## PARTIES TO SERVE

**ECF Electronic Service:**

- NICHOLAS J HENDERSON    nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com
- SCOTT L JENSEN    slj@brownrask.com, lac@brownrask.com
- KATIE JO JOHNSON    katiejoj@mcewengisvold.com, clairej@mcewengisvold.com;docketing@mcewengisvold.com
- CARLA GOWEN MCCLURG    carla.mcclurg@usdoj.gov
- ROBERT A SMEJKAL    bob@attorneysmejkal.com, kmcgie@arnoldgallagher.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

**Service via First-Class Mail:**

NONE

Page 2 – ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY
  COUNSEL (Motschenbacher & Blattner)

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 18-33183-tmb11    Doc 60    Filed 10/25/18