DISTRICT OF OREGON
**F I L E D**
November 30, 2018
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 18-33183-tmb11 |
| COLONIAL OAKS MOBILE HOME PARK, LLC | ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT (Dougall and Conradie, LLC) |
| Debtor. | |

THIS MATTER having come before the Court on the application of Colonial Oaks Mobile Home Park, LLC, Debtor-in-Possession ("Debtor"), for an order authorizing it to employ Dougall Conradie, LLC ("Professional"); the Court having reviewed the application and accompanying 2014 statement, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1 -  ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT
{00226647:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501
www.portlaw.com

Case 18-33183-tmb11    Doc 79    Filed 11/30/18

IT IS HEREBY ORDERED as follows:

1) Debtor's Application for Authorization to Employ Accountant (the "Application") is approved;

2) Debtor is authorized to employ Dougall Conradie, LLC as an accountant, on the terms set forth on Exhibit 1 to the Application;

3) The Debtor shall pay said attorneys for their services, and shall reimburse expenses incurred by said attorneys, only upon the entry of an order of the Court approving such fees and expenses under 11 U.S.C § 330, and other applicable provisions of the Bankruptcy Code and Local Bankruptcy Rules.

# # #

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

## PARTIES TO SERVE

**ECF Electronic Service:**

- SCOTT L JENSEN    slj@brownrask.com, lac@brownrask.com
- KATIE JO JOHNSON    katiejoj@mcewengisvold.com, clairej@mcewengisvold.com; docketing@mcewengisvold.com
- CARLA GOWEN MCCLURG    carla.mcclurg@usdoj.gov
- ROBERT A SMEJKAL    bob@attorneysmejkal.com, kmcgie@arnoldgallagher.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Page 2 -    ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT
{00226647:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501
www.portlaw.com

Case 18-33183-tmb11    Doc 79    Filed 11/30/18