Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. 18-33183-tmb11 |
|---|---|
| COLONIAL OAKS MOBILE HOME PARK, LLC,<br><br>Debtor. | ORDER GRANTING MOTION TO EXTEND DEADLINES TO FILE A PLAN AND DISCLOSURE STATEMENT AND TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 USC § 1121(d) |

THIS MATTER came before the Court on Debtor's Motion to Extend the Exclusivity Periods Pursuant to 11 U.S.C. § 1121(d) [Docket No. 83]. The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) The exclusivity period contained in 11 U.S.C. § 1121(b) is extended to and through February 10, 2019; and

Page 1 of 2 – ORDER EXTENDING EXCLUSIVITY PERIOD AND DEADLINES
{00235580:2}

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 18-33183-tmb11    Doc 85    Filed 01/14/19

2) The exclusivity period contained in 11 U.S.C. § 1121(c) is extended to and through

   April 10, 2019

3) The Debtor shall file a plan and disclosure statement on or before February 10, 2019.

# # #

Order Presented by:
MOTSCHENBACHER & BLATTNER LLP
/s/Nicholas J. Henderson
 Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

**PARTIES TO SERVE**

**ECF Electronic Service:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**Service via First-Class Mail:**

- None

Page 2 of 2 – ORDER EXTENDING EXCLUSIVITY PERIOD AND DEADLINES
{00235580:2}

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 18-33183-tmb11    Doc 85    Filed 01/14/19