Below is an order of the court.

*[Signature]*
TRISH M. BROWN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>COLONIAL OAKS MOBILE HOME PARK, LLC,<br><br>               Debtor-in-Possession. | Case No. 18-33183-TMB11<br><br>ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER<br>(Marcus & Millichap) |

This came before the Court on the Debtor's Application for Authority to Employ Real Estate Broker (Marcus & Millichap) ECF No. 88 (the "Motion"). The Court, having reviewed the motion and and accompanying statement, and being otherwise duly advised, hereby ORDERS as follows:

    1.      Debtor's Motion is GRANTED;

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2    ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501
www.portlaw.com

Case 18-33183-tmb11    Doc 90    Filed 02/06/19

2.	Pursuant to 11 U.S.C. §§ 328 and 1107, Debtor is authorized to employ Marcus & Millichap as Debtor's real estate broker for the purposes of listing and marketing the Debtor's real property, pursuant to the terms and conditions set forth in the Representation Agreement which is attached as Exhibit 1 to the Motion.

###

Order presented by:

MOTSCHENBACHER & BLATTNER LLP


By:/s/ Nicholas J. Henderson

Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501
    Of Attorneys for Debtor-in-Possession

Page 2 of 2    ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501
www.portlaw.com

Case 18-33183-tmb11    Doc 90    Filed 02/06/19