NHDS (12/1/18) bls

| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>District of Oregon | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
| In re<br>**Colonial Oaks Mobile Home Park, LLC**<br>Debtor(s) | ) Case No. **18–33183–tmb11**<br>)<br>)<br>) **Notice of Hearing**<br>) **on Proposed Chapter 11**<br>) **Disclosure Statement**<br>) | February 20, 2019<br><br>Clerk, U.S. Bankruptcy Court<br><br>BY **bls** DEPUTY |

**NOTICE IS GIVEN** that a **HEARING** pursuant to 11 U.S.C. § 1125(b), at which testimony will not be received, will be held on: **4/3/19** at: **01:30 PM** in: **US Bankruptcy Court, Courtroom #4, 1050 SW 6th Ave., 7th Floor, Portland, OR 97204**, to consider and possibly approve the proposed disclosure statement dated **2/15/19**. Creditors or other parties in interest who have filed a timely written objection may attend and have an opportunity to participate in any revision of the proposed disclosure statement before approval.

**NOTICE IS FURTHER GIVEN THAT:**

1. Objections to the proposed disclosure statement must be made in writing, setting forth the specific grounds and details of objection, and must be filed, no less than seven days before the date of the hearing set above, with the clerk. Any filed objections must be contemporaneously served on the proponent, entities required by Federal Rule of Bankruptcy Procedure (FRBP) 3017(a), and the following parties (if any): **N/A**.

2. The proposed disclosure statement may be examined in the office of the clerk, or by contacting the proponent whose name and mailing address are: **NICHOLAS J HENDERSON**
   **Motschenbacher & Blattner, LLP**
   **117 SW Taylor Street #300**
   **Portland, OR 97204**.

3. The debtor's address is PO Box 389, Clackamas, OR 97015, and Taxpayer ID# is 93–1324632.

4. Any objections to the claims filed more than 7 days after service of this notice will not affect the amount of the allowed claim for the purpose of voting on, objecting to, determining creditor acceptance of, or otherwise determining whether to confirm the applicable plan, or any modifications thereto, referred to in this notice.

5. A claimant whose claim is subject to a pending objection and who desires its claim temporarily allowed for the purpose of accepting or rejecting a plan (FRBP 3018(a)) must, no later than 35 days after the FILED date above, file and serve a detailed written motion for temporary claim allowance.

6. Following approval of a proposed disclosure statement, creditors will be sent copies of it, together with the proposed plan, and ballots for acceptance or rejection of the plan.

7. No later than **14** days after the FILED date above the proponent must both: (a) serve, as provided in FRBP 3017(a), a copy of this notice, and the proposed plan and disclosure statement; and (b) complete and file the certificate of service below (without any attachments).

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204

**CERTIFICATE OF SERVICE**

I certify that on _____ (a) this notice, and the proposed disclosure statement and corresponding plan, were served on the debtor(s), all creditors' committee members, U.S. Trustee, any trustee, the S.E.C. at the address provided on the court website at https://www.orb.uscourts.gov, any party filing a written request for notice, and their respective attorneys; and (b) this notice was served on all other creditors and interested parties.

_____
Signature

_____
Name and Relation to Case