Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>COLONIAL OAKS MOBILE HOME PARK, LLC,<br><br>Debtor. | Case No. 18-33183-tmb11<br><br>NOTICE OF EXTENDED BUDGET IN SUPPORT OF CONTINUING USE OF CASH COLLATERAL |

On October 16, 2018, the Court entered a Final Order under Sections 361 and 363 of the Bankruptcy Code, Authorizing Debtor to Use Cash Collateral and to Grant Adequate Protection [Docket No. 46] (the "Order"). Paragraph 8 of the Order stated that the Debtor's authority to use cash collateral could be extended beyond the Budget Period by mutual agreement of the Debtor and the Lien Creditors.[1] Paragraph 8 further provided that, in the event an agreement was reached between the Debtor and the Lien Creditors, the Debtor would provide notice of the proposed extension, including the applicable cash collateral budget. This Notice is provided you in accordance with Paragraph 8 of the Order.

---

[1] All Capitalized Terms that are not defined in this Notice have the meanings given to them in the Order.

Page 1 of 2

{00265989:1}

NOTICE OF EXTENDED CASH COLLATERAL BUDGET
IN SUPPORT OF CONTINUING USE OF CASH COLLATERAL

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-33183-tmb11    Doc 114    Filed 04/17/19

ACCORDINGLY, PLEASE TAKE NOTICE, that the Debtor and the Lien Creditors have reached an agreement for the continued use of cash collateral through the week ending June 29, 2019, consistent with the attached Budget. **Pursuant to Paragraph 8 of the Order, if you wish to object to the Debtor's continued use of cash collateral, you must file an objection no later than May 1, 2019.**

Objections, if any, must be filed with the United States Bankruptcy Court for the District of Oregon, 1050 SW 6th Ave #700, Portland, OR 97204. A copy of any objection filed must also be served upon Counsel for the Debtor in Possession, Nicholas J. Henderson, Motschenbacher & Blattner LLP, 117 SW Taylor Street, Suite 300, Portland, OR 97204.

Dated April 17, 2019.

        MOTSCHENBACHER & BLATTNER LLP

        /s/ Nicholas J. Henderson
        Nicholas J. Henderson, OSB #074027
        Telephone: 503-417-0517
        E-mail: nhenderson@portlaw.com
        Of Attorneys for Debtor

Page 2 of 2    NOTICE OF EXTENDED CASH COLLATERAL BUDGET IN SUPPORT OF CONTINUING USE OF CASH COLLATERAL

{00265989:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-33183-tmb11    Doc 114    Filed 04/17/19

# EXHIBIT 1
# EXTENDED BUDGET

{00265989:1}

In re: Colonial Oaks Mobile Home Park, LLC  
Case No.: 18-33183-tmb11

Exhibit 1

Projected Cash Budget  
2/25/19 through 6/29/19

| Week Ending | 3/2/2019 | 3/9/2019 | 3/16/2019 | 3/23/2019 | 3/30/2019 | 4/6/2019 | 4/13/2019 | 4/20/2019 |
|---|---|---|---|---|---|---|---|---|
| **Initial Cash Balance** | $ 47,000.00 | $ 37,500.00 | $ 36,975.00 | $ 52,531.00 | $ 51,853.00 | $ 45,717.00 | $ 36,217.00 | $ 36,017.00 |
| **Cash Inflows:** | | | | | | | | |
| Rent Income | $ - | $ - | $ 17,000.00 | $ - | $ - | $ - | $ - | $ 17,000.00 |
| Late Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Misc. Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Cash Inflows:** | $ - | $ - | $ 17,000.00 | $ - | $ - | $ - | $ - | $ 17,000.00 |
| **Operating Expenses:** | | | | | | | | |
| Landscaping | $ - | $ - | $ - | $ (368.00) | $ - | $ - | $ - | $ - |
| Property Mgt Fees | $ - | $ - | $ (1,155.00) | $ - | $ - | $ - | $ - | $ (1,190.00) |
| Insurance | $ - | $ - | $ - | $ (110.00) | $ - | $ - | $ - | $ - |
| Property Tax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Water & Sewer | $ - | $ - | $ - | $ - | $ (3,536.00) | $ - | $ - | $ - |
| Garbage & Recycling | $ - | $ - | $ - | $ - | $ (900.00) | $ - | $ - | $ - |
| Maintenance and Repair | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) |
| Parts and Supplies | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) |
| Advertising | $ - | $ - | $ (89.00) | $ - | $ - | $ - | $ - | $ (89.00) |
| Licenses & Permits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Misc. Expense | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) |
| **Total Operating Expenses:** | $ (200.00) | $ (200.00) | $ (1,444.00) | $ (678.00) | $ (4,636.00) | $ (200.00) | $ (200.00) | $ (1,479.00) |
| **Other Expenses:** | | | | | | | | |
| Water/Sewer Deposit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Garbage Deposit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees (M&B)[1] | $ (3,000.00) | $ - | $ - | $ - | $ - | $ (3,000.00) | $ - | $ - |
| Professional Fees (Accountant) | $ - | $ - | $ - | $ - | $ (1,500.00) | $ - | $ - | $ - |
| AMR Adequate Protection | $ (6,300.00) | $ - | $ - | $ - | $ - | $ (6,300.00) | | $ - |
| UST Fees | $ - | $ (325.00) | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Other Expenses:** | $ (9,300.00) | $ (325.00) | $ - | $ - | $ (1,500.00) | $ (9,300.00) | $ - | $ - |
| **Total Cash Outflows:** | $ (9,500.00) | $ (525.00) | $ (1,444.00) | $ (678.00) | $ (6,136.00) | $ (9,500.00) | $ (200.00) | $ (1,479.00) |
| **Remaining Cash Balance** | $ 37,500.00 | $ 36,975.00 | $ 52,531.00 | $ 51,853.00 | $ 45,717.00 | $ 36,217.00 | $ 36,017.00 | $ 51,538.00 |

NOTES:  
(1) Administrative expense allocation for Motschenbacher & Blattner LLP is to be held in trust, pending court approval of fees and costs.

| Week Ending | 4/27/2019 | 5/4/2019 | 5/11/2019 | 5/18/2019 | 5/25/2019 | 6/1/2019 | 6/8/2019 | 6/15/2019 |
|---|---|---|---|---|---|---|---|---|
| **Initial Cash Balance** | $ 51,538.00 | $ 46,424.00 | $ 36,924.00 | $ 36,724.00 | $ 36,435.00 | $ 47,131.00 | $ 37,631.00 | $ 37,431.00 |
| **Cash Inflows:** | | | | | | | | |
| Rent Income | $ - | $ - | $ - | $ - | $ 17,000.00 | $ - | $ - | $ - |
| Late Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Misc. Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Cash Inflows:** | $ - | $ - | $ - | $ - | $ 17,000.00 | $ - | $ - | $ - |
| **Operating Expenses:** | | | | | | | | |
| Landscaping | $ (368.00) | $ - | $ - | $ - | $ (368.00) | $ - | $ - | $ - |
| Property Mgt Fees | $ - | $ - | $ - | $ - | $ (1,190.00) | $ - | $ - | $ - |
| Insurance | $ (110.00) | $ - | $ - | $ - | $ (110.00) | $ - | $ - | $ - |
| Property Tax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Water & Sewer | $ (3,536.00) | $ - | $ - | $ - | $ (3,536.00) | $ - | $ - | $ - |
| Garbage & Recycling | $ (900.00) | $ - | $ - | $ - | $ (900.00) | $ - | $ - | $ - |
| Maintenance and Repair | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) |
| Parts and Supplies | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) |
| Advertising | $ - | $ - | $ - | $ (89.00) | $ - | $ - | $ - | $ - |
| Licenses & Permits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Misc. Expense | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) |
| **Total Operating Expenses:** | $ (5,114.00) | $ (200.00) | $ (200.00) | $ (289.00) | $ (6,304.00) | $ (200.00) | $ (200.00) | $ (200.00) |
| **Other Expenses:** | | | | | | | | |
| Water/Sewer Deposit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Garbage Deposit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees (M&B)[1] | $ - | $ (3,000.00) | $ - | $ - | $ - | $ (3,000.00) | $ - | $ - |
| Professional Fees (Accountant) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| AMR Adequate Protection | $ - | $ (6,300.00) | | $ - | $ - | $ (6,300.00) | $ - | |
| UST Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (650.00) |
| **Total Other Expenses:** | $ - | $ (9,300.00) | $ - | $ - | $ - | $ (9,300.00) | $ - | $ (650.00) |
| **Total Cash Outflows:** | $ (5,114.00) | $ (9,500.00) | $ (200.00) | $ (289.00) | $ (6,304.00) | $ (9,500.00) | $ (200.00) | $ (850.00) |
| **Remaining Cash Balance** | $ 46,424.00 | $ 36,924.00 | $ 36,724.00 | $ 36,435.00 | $ 47,131.00 | $ 37,631.00 | $ 37,431.00 | $ 36,581.00 |

NOTES:  
**(1) Administrative expense allocation for Motschenbacher & Blattner LLP is to be held in trust, pending court approval of fees and costs.**

| **Week Ending** | **6/22/2019** | **6/29/2019** | **Grand Total** |
|---|---:|---:|---:|
| **Initial Cash Balance** | $ 36,581.00 | $ 47,188.00 | |
| **Cash Inflows:** | | | |
| Rent Income | $ 17,000.00 | $ - | $ 68,000.00 |
| Late Fees | $ - | $ - | $ - |
| Misc. Income | $ - | $ - | $ - |
| **Total Cash Inflows:** | $ 17,000.00 | $ - | $ 68,000.00 |
| **Operating Expenses:** | | | |
| Landscaping | $ (368.00) | $ - | $ (1,472.00) |
| Property Mgt Fees | $ (1,190.00) | $ - | $ (4,725.00) |
| Insurance | $ (110.00) | $ - | $ (440.00) |
| Property Tax | $ - | $ - | $ - |
| Water & Sewer | $ (3,536.00) | $ - | $ (14,144.00) |
| Garbage & Recycling | $ (900.00) | $ - | $ (3,600.00) |
| Maintenance and Repair | $ (100.00) | $ - | $ (1,700.00) |
| Parts and Supplies | $ (50.00) | $ - | $ (850.00) |
| Advertising | $ (89.00) | $ - | $ (356.00) |
| Licenses & Permits | $ - | $ - | $ - |
| Misc. Expense | $ (50.00) | $ - | $ (850.00) |
| **Total Operating Expenses:** | $ (6,393.00) | $ - | $ (28,137.00) |
| **Other Expenses:** | | | |
| Water/Sewer Deposit | $ - | $ - | $ - |
| Garbage Deposit | $ - | $ - | $ - |
| Professional Fees (M&B)[1] | $ - | $ - | $ (12,000.00) |
| Professional Fees (Accountant) | $ - | $ - | $ (1,500.00) |
| AMR Adequate Protection | $ - | $ - | $ (25,200.00) |
| UST Fees | $ - | $ - | $ (975.00) |
| **Total Other Expenses:** | $ - | $ - | $ (39,675.00) |
| **Total Cash Outflows:** | $ (6,393.00) | $ - | $ (67,812.00) |
| **Remaining Cash Balance** | $ 47,188.00 | $ 47,188.00 | |

**NOTES:**
**(1) Administrative expense allocation for Motschenbacher & Blattner LLP is to be held in trust, pending court approval of fees and costs.**

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, a true and correct copy of the foregoing **NOTICE OF EXTENDED BUDGET IN SUPPORT OF CONTINUING USE OF CASH COLLATERAL** was provided to the following parties through the Court's Case Management/Electronic Case File system:

- SCOTT L JENSEN    slj@brownrask.com, tclay@brownsteinrask.com
- KATIE JO JOHNSON    katiejoj@mcewengisvold.com, nancyn@mcewengisvold.com;docketing@mcewengisvold.com
- KATHRYN PERKINS    kathryn.e.perkins@usdoj.gov
- ROBERT A SMEJKAL    bob@attorneysmejkal.com, kmcgie@arnoldgallagher.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

I further certify that on the below date I caused a true and correct copy of the above-described document to be sent to the following parties via first class mail, postage prepaid:

- All parties on the matrix.

DATED: April 17, 2019            MOTSCHENBACHER & BLATTNER, LLP
                                 By:/s/Nicholas J. Henderson
                                 Nicholas J. Henderson, OSB #074027
                                 Of Attorneys for Debtor

Page **1** of **1**    CERTIFICATE OF SERVICE

{00252443:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-33183-tmb11    Doc 114    Filed 04/17/19