**Fill in this information to identify the case:**

Debtor Name  Colonial Oaks Mobile Home Park, LLC

United States Bankruptcy Court for the: District of Oregon

Case number:  18-33183-tmb11

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  August 2019

Date report filed:  09/23/2019
MM / DD / YYYY

Line of business:  Mobile Home Park

NAISC code:  531190

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Susan Daniell

Original signature of responsible party  /s/ Susan Daniell

Printed name of responsible party  Susan Daniell

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Case 18-33183-tmb11    Doc 166    Filed 09/23/19

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 55,080.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 17,195.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 34,299.81

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -17,104.81

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 37,975.19

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Case 18-33183-tmb11   Doc 166   Filed 09/23/19

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**
    $ _____ 0.00
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 0

27. What is the number of employees as of the date of this monthly report? _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 18,000.00

30. How much have you paid this month in other professional fees? $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case? $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 17,000.00 | − | $ 17,195.00 | = | $ -195.00 |
| 33. **Cash disbursements** | $ 17,000.00 | − | $ 34,299.81 | = | $ -17,299.81 |
| 34. **Net cash flow** | $ 0.00 | − | $ -17,004.81 | = | $ 17,004.81 |

35. Total projected cash receipts for the next month: $ 17,000.00

36. Total projected cash disbursements for the next month: − $ 17,000.00

37. Total projected net cash flow for the next month: = $ 0.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As          Reset

**Exhibit B**

<u>Item 10</u>:    Rents are collected by the property manager, Centurion Real Estate Management, and are temporarily held in the property manager's trust account until they are disbursed to Debtor on a monthly basis.

In re: Colonial Oaks Mobile Home Park
Case Number: 18-33183-tmb11
2015 Monthly Report for August 2019

**Exhibit C - Income**

| Date | Payor | Amount |
|------|-------|--------|
| Various – August 2019 | Various – See Attached Owner's Report | $17,195.00 |

{00300692:1}



# Centurion Real Estate Management, LLC

1365 Commercial St. SE
Salem, OR 97302

## Owner Statement

**Colonial Oaks Mobile Home Park, LLC**
PO Box 389
Clackamas, OR 97015



### Properties

**Colonial Oak Mobile Home Park/crema102-221** - 934 S Main St.
Independence, OR 97351

| Date | Payee / Payer | Type | Reference | Description | Income | Expense | Balance |
|------|---------------|------|-----------|-------------|--------|---------|---------|
| | | | | Beginning Cash Balance as of 07/26/2019 | | | 2,772.16 |
| 08/01/2019 | Rebecca Wade | eCheck receipt | EBE6-6AFC | 29 - Rent Income - August 2019 | 355.00 | | 3,127.16 |
| 08/01/2019 | Raul Bautista | Receipt | 126 | 26 - Rent Income - August 2019 | 500.00 | | 3,627.16 |
| 08/01/2019 | Maria Garcia | Receipt | 118 | 37 - Rent Income - August 2019 | 500.00 | | 4,127.16 |
| 08/01/2019 | Elodia Ayon-Meza | Receipt | 946 | 17 - Rent Income - August 2019 | 500.00 | | 4,627.16 |
| 08/01/2019 | German Ortiz | Receipt | 124 | 16 - Rent Income - August 2019 | 500.00 | | 5,127.16 |
| 08/01/2019 | Lynette Alapai | Receipt | 1110 | 10 - Rent Income - August 2019 | 500.00 | | 5,627.16 |
| 08/02/2019 | Oscar O. Martinez | Receipt | 7399 | 24 - Rent Income - August 2019 | 500.00 | | 6,127.16 |
| 08/02/2019 | Salvador Rivera | Receipt | 0362 | 33 - Rent Income - July 2019 | 405.00 | | 6,532.16 |
| 08/02/2019 | Salvador Rivera | Receipt | 0362 | 33 - Rent Income - July 2019 | 195.00 | | 6,727.16 |
| 08/02/2019 | Susie Savant | Receipt | 5055 | 01 - Rent Income - July 2019 | 95.00 | | 6,822.16 |
| 08/02/2019 | Susie Savant | Receipt | 5055 | 01 - Rent Income - August 2019 | 500.00 | | 7,322.16 |
| 08/02/2019 | Susie Savant | Receipt | 5055 | 01 - Prepaid Rent - Prepaid Any | 905.00 | | 8,227.16 |
| 08/02/2019 | Ken Heriman | Receipt | 1970 | 20 - Rent Income - August 2019 | 500.00 | | 8,727.16 |
| 08/02/2019 | Sergio Munoz | Receipt | 1388 | 22 - Rent Income - April 2019 | 5.00 | | 8,732.16 |
| 08/02/2019 | Sergio Munoz | Receipt | 1388 | 22 - Rent Income - August 2019 | 495.00 | | 9,227.16 |
| 08/02/2019 | Juan Perez-Guzman | Receipt | 8869 | 25 - Rent Income - August 2019 | 500.00 | | 9,727.16 |
| 08/02/2019 | Salvador Rivera | Receipt | 6057 | 33 - Rent Income - August 2019 | 305.00 | | 10,032.16 |
| 08/02/2019 | Salvador Rivera | Receipt | 6057 | 33 - Prepaid Rent - Prepaid Any | 195.00 | | 10,227.16 |
| 08/02/2019 | Maria Molina | Receipt | 456 | 18 - Rent Income - August 2019 | 500.00 | | 10,727.16 |
| 08/02/2019 | Jose Ayon | Receipt | 840 | 36 - Rent Income - August 2019 | 500.00 | | 11,227.16 |
| 08/02/2019 | Manuel Ortiz | Receipt | 8881 | 09 - Rent Income - August 2019 | 500.00 | | 11,727.16 |
| 08/02/2019 | Martin Springmann | Receipt | 2133 | 06 - Rent Income - August 2019 | 793.00 | | 12,520.16 |
| 08/02/2019 | Martin Springmann | Receipt | 2133 | 06 - Prepaid Rent - Prepaid Any | 27.00 | | 12,547.16 |
| 08/02/2019 | Fausto Penaloza | Receipt | 1594 | 08 - Rent Income - August 2019 | 500.00 | | 13,047.16 |
| 08/02/2019 | Pat Arroyo | Receipt | 1744 | 13 - Rent Income - August 2019 | 500.00 | | 13,547.16 |
| 08/02/2019 | Manuel Venegas | Receipt | 1188 | 04 - Rent Income - August 2019 | 455.00 | | 14,002.16 |

| Date | Payee / Payer | Type | Reference | Description | Income | Expense | Balance |
|------|---------------|------|-----------|-------------|--------|---------|---------|
| 08/02/2019 | Manuel Venegas | Receipt | 1188 | 04 - Prepaid Rent - Prepaid Any | 45.00 | | 14,047.16 |
| 08/02/2019 | Lavoy Staley | Receipt | 7140 | 07 - Rent Income - April 2019 | 25.00 | | 14,072.16 |
| 08/02/2019 | Lavoy Staley | Receipt | 7140 | 07 - Rent Income - August 2019 | 475.00 | | 14,547.16 |
| 08/02/2019 | Jesus Meza | Receipt | 7538 | 34 - Rent Income - August 2019 | 475.00 | | 15,022.16 |
| 08/02/2019 | Jesus Meza | Receipt | 7538 | 34 - Prepaid Rent - Prepaid Any | 25.00 | | 15,047.16 |
| 08/02/2019 | Sebastian Ayon | Receipt | 1022 | 19 - Rent Income - August 2019 | 500.00 | | 15,547.16 |
| 08/02/2019 | Elizabeth Rangel | Receipt | 1460 | 23 - Rent Income - August 2019 | 450.00 | | 15,997.16 |
| 08/02/2019 | Elizabeth Rangel | Receipt | 1460 | 23 - Prepaid Rent - Prepaid Any | 50.00 | | 16,047.16 |
| 08/03/2019 | Richard Gwyn | eCheck receipt | EB69-B2AB | 30 - Rent Income - August 2019 | 500.00 | | 16,547.16 |
| 08/03/2019 | Ron Johnson | Receipt | 5271 | 21 - Rent Income - August 2019 | 500.00 | | 17,047.16 |
| 08/03/2019 | Yolanda Acosta | Receipt | 1051 | 31 - Rent Income - August 2019 | 500.00 | | 17,547.16 |
| 08/05/2019 | Robert Richardson | Receipt | 966 | 28 - Rent Income - August 2019 | 500.00 | | 18,047.16 |
| 08/06/2019 | Gabriel Pedraza | Receipt | 5383 | 27 - Rent Income - August 2019 | 25.00 | | 18,072.16 |
| 08/06/2019 | Gabriel Pedraza | Receipt | 5382 | 27 - Rent Income - August 2019 | 330.00 | | 18,402.16 |
| 08/06/2019 | Gabriel Pedraza | Receipt | 5382 | 27 - Prepaid Rent - Prepaid Any | 170.00 | | 18,572.16 |
| 08/12/2019 | Vicky Nelson | Receipt | 2736 | H - Rent Income - August 2019 | 895.00 | | 19,467.16 |
| 08/12/2019 | Richard Campbell | Receipt | 1303 | 11 - Rent Income - August 2019 | 426.00 | | 19,893.16 |
| 08/12/2019 | Richard Campbell | Receipt | 1303 | 11 - Prepaid Rent - Prepaid Any | 74.00 | | 19,967.16 |
| 08/21/2019 | Colonial Oaks Mobile Home Park, LLC | eCheck | ED0C-3B30 | Owner Distribution | | 16,000.00 | 3,967.16 |
| | | | | Ending Cash Balance | | | 3,967.16 |
| **Total** | | | | | **17,195.00** | **16,000.00** | |

In re: Colonial Oaks Mobile Home Park
Case Number: 18-33183-tmb11
2015 Monthly Report for August 2019

## Exhibit D - Disbursements

| Date* | Payee | Amount |
|-------|-------|--------|
| 8/2/19 | AMR | $6,300.00 |
| 8/15/19 | Red Shield Insurance | $838.36 |
| 8/15/19 | Polk County Tax | $130.29 |
| 8/30/19 | Yard Maintenance | $1,200.00 |
| 8/30/19 | Centurion | $1,265.60 |
| 8/30/19 | Centurion | $1,092.70 |
| 8/25/19 | Brandt's Sanitary | $1,048.75 |
| *Totals:* | | **$11,875.94** |

**\*Dates listed are the dates on which the checks cleared from Debtor's account.**

{00300692:1}

In re: Colonial Oaks Mobile Home Park
Case Number: 18-33183-tmb11
2015 Monthly Report for August 2019

**Exhibit E – Accounts Payable**

| Vendor | Date Incurred | Purpose | Due Date | Amount Due: |
|---|---|---|---|---|
| Centurion* | 7/26/2019 | Mgt. Fees | 8/26/2019 | $1,203.65 |

**\* Centurion's fee is based off of rents collected during the entire month of August. Rents collected by Centurion during the month of August totaled $17,195.00. Centurion's compensation is at 7% of the rents collected, which is $1,203.65. Unless an objection is received from a party in interest within 14 days, Debtor will compensate Centurion as set forth above.**

{00300692:1}



247B

12372  1 AV 0.383  T44 P1  AUTO  7       X   16 00007 R EM T1   139868860
COLONIAL OAKS MOBILE HOME PARK LLC
DEBTOR IN POSSESSION
CASE 18-33183-TMB11
PO BOX 389
CLACKAMAS OR  97015-0389

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

ḷḷḷḷḷḷḷḷḷḷḷḷḷḷ

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Basic Business Checking** ████ **2478**
COLONIAL OAKS MOBILE HOME PARK LLC
DEBTOR IN POSSESSION
CASE 18-33183-TMB11

| | |
|---|---|
| Beginning balance 7-31-19 | $52,128.72 |
| 1 Addition | +16,000.00 |
| 8 Subtractions | -34,299.81 |
| Net fees and charges | -3.50 |
| **Ending balance 8-31-19** | **$33,825.41** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 8-22 | | Direct Deposit,  Centurion Real Esigonfile | $16,000.00 |
| | | | **Total additions** | **$16,000.00** |

## Subtractions

Paper Checks         * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 157 | 8-2 | $1,048.75 | 160 | 8-9 | 1,200.00 | 162 | 8-20 | 838.36 |
| 158 | 8-13 | 1,092.70 | 161 | 8-8 | 6,300.00 | 163 | 8-16 | 130.29 |
| 159 | 8-13 | 1,265.60 | | | | | | |

**Paper Checks Paid**          **$11,875.70**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 8-15 | | Withdrawal Branch 0091 Oregon | $22,424.11 |
| | | | **Total subtractions** | **$34,299.81** |

*cashier's check to Polk County Tax Collector* (handwritten)

████ 2478 - 03720

474

2478

| | Date | | Quantity | Unit Charge | |
|---|---|---|---|---|---|
| **Fees and charges** | 8-30-19 | Imaged Items With Statement Charge | 1 | 3.50 | -$3.50 |
| | 8-30-19 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| | 8-30-19 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | | **Fees and charges assessed this period** | | | **-$3.50** |

2478 - 03720

474

Case 18-33183-tmb11    Doc 166    Filed 09/23/19


## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
  Customer Disputes
  NY-31-17-0128
  17 Corporate Woods Blvd
  Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV   - Transfer to Savings Account
XFER FROM SAV   - Transfer from Savings Account
XFER TO CKG   - Transfer to Checking Account
XFER FROM CKG   - Transfer from Checking Account
PMT TO CR CARD   - Payment to Credit Card
ADV CR CARD   - Advance from Credit Card

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account information : Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

#### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

❷ Enter into your check register and **SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

❸ Enter into your check register and **ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
| --- | --- | --- | --- |
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | **TOTAL →** | $ |

| ❻ Enter ending balance shown on your statement. |
| --- |
| $ |

| ❼ Add 5 and 6 and enter total here. |
| --- |
| $ |

| ❽ Enter total from 4. |
| --- |
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
| --- |
| $ |
| This amount should agree with your check register balance. |

**TOTAL →**   $

2478 - 03720

Account ____2478

Check images are available online for 60 days. Visit www.key.com to sign up for online banking.

The digital images are limited to 10,000 per statement period. Accounts with greater than 10,000 checks per statement cycle will not receive check images with their statement. To discuss other delivery channels for check images or to reorder checks call 1-888-KEY4BIZ (1-888-539-4249).

157    8/2/19    61765434    1,048.75

158    8/13/19    61910319    1,092.70

159    8/13/19    61910320    1,265.60

160    8/9/19    81484908    1,200.00

161    8/8/19    65859931    6,300.00

162    8/20/19    61854723    838.36

163    8/16/19    65722170    130.29